## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LISA CRAFT, et al.<br><br>    Plaintiffs<br><br>v.<br><br><br>OHIO DEPARTMENT OF<br>REHABILITATION AND CORRECTIONS,<br>et al.<br><br>    Defendants | CASE NO. 1:14-cv-1682<br><br>JUDGE DONALD NUGENT<br><br><br><br>**PLAINTIFFS' MOTION TO DISMISS J. ROSS HAFFEY AND BERNARD & HAFFEY CO., L.P.A. ONLY** |

NOW COME Plaintiffs, by and through counsel, and, pursuant to F.R.C.P. 41(a)(2), move this Honorable Court for its Order to dismiss *only* Defendants, J. Ross Haffey and Bernard & Haffey Co., L.P.A. (collectively "Haffey") from this case, without prejudice and otherwise than upon the merits.

The basis of the claim against Haffey is that Haffey, among other things, negligently represented Billy Slagle in a criminal matter. Upon information and belief, the claim against Haffey is barred as untimely. Plaintiffs request a dismissal without prejudice and otherwise than upon the merits in order to permit Plaintiffs to re-file against Haffey in the event evidence is discovered in the future that may provide a reason for tolling of the statute of limitations.

WHEREFORE, Plaintiffs respectfully pray that the claims against J. Ross Haffey and Bernard & Haffey Co., L.P.A. be dismissed without prejudice and otherwise than upon the merits.

Respectfully submitted,

/s/ *John Brooks Cameron*
JOHN BROOKS CAMERON (0055800)
CHRISTOPHER JANKOWSKI (0084129)
John Brooks Cameron & Associates
247 East Smith Rd.
Medina, OH 44256
P: 330-722-8989
F: 330-722-5877
attorney@johnbrookscameron.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Plaintiffs' Motion to Dismiss J. Ross Haffey and Bernard & Haffey Co., L.P.A. was sent this 4th day of February, 2015 via the Court's electronic filing system to:

| | |
|---|---|
| Monica Sansalone | Mindy Worly |
| Gallagher Sharp | Assistant Attorney General |
| Sixth Floor – Bulkley Building | 30 East Broad Street, 26th Floor |
| 1501 Euclid Ave. | Columbus, Ohio 43215 |
| Cleveland, Ohio 44115 | mindy.worly@ohioattorneygeneral.gov |
| msansalone@gallaghersharp.com | |
| | Caitlyn Nestleroth |
| Matthew Norman | Assistant Attorney General |
| Gallagher Sharp | 30 East Broad Street, 26th Floor |
| Sixth Floor – Bulkley Building | Columbus, Ohio 43215 |
| 1501 Euclid Ave. | caitlyn.nestleroth@ohioattorneygeneral.gov |
| Cleveland, Ohio 44115 | |
| mnorman@gallaghersharp.com | |

/s/ *John Brooks Cameron*
John Brooks Cameron
Christopher Jankowski