# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LISA CRAFT, Administratrix of the Estate of Billy Slagle<br><br>Plaintiff<br><br>v.<br><br><br><br>NORMAN ROBINSON, et al.<br><br>Defendants | CASE NO. 1:14-cv-01682<br><br>JUDGE DONALD NUGENT<br><br><br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff, Lisa Craft, Administratrix of the Estate of Billy Slagle, and Defendants, Norman Robinson, Clay Putnam and John McCollister, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that this matter is settled and dismissed with prejudice.


*Approved via email 5/24/16*
MINDY WORLY (0037395)
Assistant Attorney General
Criminal Justice Section, Corrections Unit
150 East Gay St., 16th Floor
Columbus, OH 43215
P: 614-728-0161
F: 866-474-4985
mindy.worly@ohioattorneygeneral.gov
*Attorney for Defendants Norman Robinson,
Clay Putnam, and John McCollister*

/s/ *John Brooks Cameron*
JOHN BROOKS CAMERON (0055800)
CHRISTOPHER JANKOWSKI (0084129)
John Brooks Cameron & Associates
247 East Smith Rd.
Medina, OH 44256
P: 330-722-8989
F: 330-722-5877
attorney@johnbrookscameron.com
jankowski.law@gmail.com
*Attorneys for Plaintiff*